# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DOROTHY HARRIS,

    Plaintiff,

V.                                                      Case No: 6:17-cv-130-GKS-GJK

ASURION, LLC,

    Defendant.

_____

## ORDER

This case was referred to United States Magistrate Gregory J. Kelly for a report and recommendation on Plaintiff Dorothy Harris's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). On January 27, 2017, Judge Kelly filed a Report and Recommendation (Doc. 3) regarding same, to which no objections were filed. Subsequently, on February 7, 2017, Plaintiff Dorothy Harris filed an Amended Complaint (Doc. 6) and a Renewed Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 7).

The Court accordingly **ORDERS** and **ADJUDGES** that Plaintiff Dorothy Harris's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED** as moot.

**DONE AND ORDERED** in Orlando, Florida, this 10 day of February 2017.

                                                               G. KENDALL SHARP
                                                               SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties